# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.

NATHANIEL ASHWOOD
a/k/a "Nate" a/k/a "Dreads"
LLOYD LYTTLE
a/k/a "Nephew" a/k/a "L"
MARCUS MATTHES
a/k/a "Face"

No. 2:24-cr-10-JAW

## SUPERSEDING INDICTMENT

The Grand Jury charges:

### Count 1
### (Interference with Commerce by Robbery)

At all times material to this Superseding Indictment, Victim 3 was engaged in the sale and distribution of illegal controlled substances, an industry which affects interstate commerce.

On about July 28, 2023, in the District of Maine, Defendants

**NATHANIEL ASHWOOD**
**a/k/a "Nate"**
**a/k/a "Dreads"**
**LLOYD LYTTLE**
**a/k/a "Nephew"**
**a/k/a "L"**

did unlawfully commit and threaten physical violence to Victim 3 in furtherance of a plan and purpose to obstruct, delay, and affect commerce by robbery, and did aid and abet the same conduct.

In violation of Title 18, United States Code, Sections 1951 and 2.

1

## Count 2
### (Drug Trafficking Conspiracy)

Beginning on a date unknown, but not later than August 2022, and continuing until at least September 2023, in the District of Maine and elsewhere, Defendants

**NATHANIEL ASHWOOD**
a/k/a "Nate"
a/k/a "Dreads"
**LLOYD LYTTLE**
a/k/a "Nephew"
a/k/a "L"
**MARCUS MATTHES**
a/k/a "Face"

did unlawfully, knowingly, and willfully conspire with each other and other persons known and unknown to the grand jury to distribute and possess with intent to distribute controlled substances including cocaine base, cocaine, and fentanyl.

In violation of Title 21, United States Code, Sections 846 and 841(a)(1). It is further alleged that the penalty provisions of Title 21, United States Code, Section 841(b)(1)(C) apply.

## Count 3
### (Brandishing a Firearm During and in Relation to Drug Trafficking)

On about July 28, 2023, in the District of Maine, Defendants

**NATHANIEL ASHWOOD**
a/k/a "Nate"
a/k/a "Dreads"
**LLOYD LYTTLE**
a/k/a "Nephew"
a/k/a "L"

unlawfully and knowingly used, carried, and brandished a firearm during and in relation to a drug trafficking crime for which they may be prosecuted in a court of the United

States, namely the drug trafficking conspiracy charged in Count 2 of this Superseding Indictment.

In violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

## Count 4
### (Brandishing a Firearm During and in Relation to Drug Trafficking)

On about July 28, 2023, in the District of Maine, Defendant

**NATHANIEL ASHWOOD**
a/k/a "Nate"
a/k/a "Dreads"

unlawfully and knowingly used, carried, and brandished a firearm during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, namely the drug trafficking conspiracy charged in Count 2 of this Superseding Indictment.

In violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

## Count 5
### (Brandishing a Firearm During and in Relation to a Crime of Violence and Drug Trafficking)

On about July 28, 2023, in the District of Maine, Defendants

**NATHANIEL ASHWOOD**
a/k/a "Nate"
a/k/a "Dreads"
**LLOYD LYTTLE**
a/k/a "Nephew"
a/k/a "L"

unlawfully and knowingly used, carried, and brandished a firearm during and in relation to a crime of violence and a drug trafficking crime for which they may be prosecuted in a

court of the United States, namely the Interference with Commerce by Robbery charged in Count 1 of this Superseding Indictment and the drug trafficking conspiracy charged in Count 2 of this Superseding Indictment.

In violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

### Count 6
### (Felon in Possession of a Firearm)

On about July 28, 2023, in the District of Maine, Defendant,

**LLOYD LYTTLE**
a/k/a "Nephew"
a/k/a "L"

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm or firearms, namely,

- a Beretta PX4, 9mm handgun, with serial number PZ22059;
- a Taurus handgun, serial number unknown;

said firearms having been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

### Count 7
### (Felon in Possession of a Firearm)

On about July 28, 2023, in the District of Maine, Defendant,

**NATHANIEL ASHWOOD**
a/k/a "Nate"
a/k/a "Dreads"

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm or firearms, namely,

- a Beretta PX4, 9mm handgun, with serial number PZ22059;
- a Taurus handgun, serial number unknown;

said firearms having been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## Count 8
### (Possession of a Stolen Firearm)

On about July 28, 2023, in the District of Maine, Defendant

**LLOYD LYTTLE**
a/k/a "Nephew"
a/k/a "L"

knowingly possessed a stolen firearm or firearms, namely,

- a Beretta PX4, 9mm handgun, with serial number PZ22059;
- a Taurus handgun, serial number unknown;

that had been shipped and transported in interstate and foreign commerce, knowing and having reasonable cause to believe the firearm was stolen.

In violation of Title 18, United States Code, Section 922(j) and 924(a)(2).

## Count 9
### (Possession of a Stolen Firearm)

On about July 28, 2023, in the District of Maine, Defendant

**NATHANIEL ASHWOOD**
a/k/a "Nate"
a/k/a "Dreads"

knowingly possessed a stolen firearm, namely, a Beretta PX4, 9mm handgun, with serial number PZ22059 that had been shipped and transported in interstate and foreign commerce, knowing and having reasonable cause to believe the firearm was stolen.

In violation of Title 18, United States Code, Section 922(j) and 924(a)(2).

## Count 10
### (Distribution of Cocaine Base)

On about September 21, 2023, in the District of Maine, Defendant

**MARCUS MATTHES**
**a/k/a "Face"**

knowingly and intentionally distributed a mixture or substance containing cocaine base.

In violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the penalty provisions of Title 21, United States Code, Section 841(b)(1)(C) apply.

## Count 11
### (Possession with Intent to Distribute Cocaine Base)

On about March 29, 2024, in the District of Maine, Defendant

**MARCUS MATTHES**
**a/k/a "Face"**

knowingly and intentionally possessed with intent to distribute a mixture or substance containing cocaine base.

In violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the penalty provisions of Title 21, United States Code, Section 841(b)(1)(C) apply.

## Count 12
### (Maintaining a Drug Involved Premises)

Beginning in about September 2022 and continuing until about July 2023, in the District of Maine, Defendant

**LLOYD LYTTLE**
**a/k/a "Nephew"**
**a/k/a "L"**

while managing and controlling 32 Cutts Street, Biddeford, Maine, as a lessee and occupant, knowingly and intentionally made available for use, with or without compensation, said place for the purpose of unlawfully storing, distributing, and using controlled substances.

In violation of Title 21, United States Code, Sections 856(a)(2) and 856(b).

## FIRST FORFEITURE NOTICE
## (18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c))

Upon conviction of any offense in violation of Title 18, United States Code, set forth in Counts 1 through 9 and Count 12 of this Superseding Indictment, Defendants

**NATHANIEL ASHWOOD**
**LLOYD LYTTLE**
**MARCUS MATTHES**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing commission of the offense including, but not limited to: a Beretta PX4, 9mm handgun, with serial number PZ22059.

If any of the property described above as being forfeitable pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty; it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to

seek forfeiture of any other property of the defendant up to the value of the property described above.

All pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461.

## SECOND FORFEITURE NOTICE
## (21 U.S.C. § 853(a))

Upon conviction of any offense in violation of Title 21, United States Code, set forth in Count 2 and Count 12 of this Superseding Indictment, Defendants

**NATHANIEL ASHWOOD**
**LLOYD LYTTLE**
**MARCUS MATTHES**

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a): any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of the offense; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense including, but not limited to: a Beretta PX4, 9mm handgun, with serial number PZ22059.

If any of the property described above as being forfeitable pursuant to Title 21, United States Code, Section 853(a), as a result of any act or omission of the defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty; it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described above.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL,

*Signature Redacted – Original on file with the Clerk's Office*

FOREPERSON

/s/

Assistant United States Attorney
Date: November 20, 2024